| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alex Darcy, Esq. (CSBA No. 189315)<br>Askounis & Borst, P.C.<br>180 N. Stetson Ave., Suite 3400<br>Chicago, IL 60601<br>TELEPHONE NO.: (312) 861-7100   FAX NO.: (312) 861-0022<br>ATTORNEY FOR (Name): STERLING NATIONAL BANK | FILED<br>CLERK, U.S. DISTRICT COURT<br>JAN 18 2008<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                        DEPUTY |
| NAME OF COURT:<br>STREET ADDRESS: United States District Court, Central District of California<br>MAILING ADDRESS: 312 North Spring Street<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: | |
| PLAINTIFF: STERLING NATIONAL BANK<br>DEFENDANT: DAVID L. SOLOMON | |
| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br>☐ ENFORCEMENT OF JUDGMENT   ☑ ATTACHMENT (Third Person)<br>☐ Judgment Debtor   ☑ Third Person | CASE NUMBER:<br>CV 06-3989-GPS(SSx) |

**ORDER TO APPEAR FOR EXAMINATION**

TO (name): WMD Capital Markets, LLC, Attn: Marla J. Perez, 559 San Ysidro Rd., Suite I, Santa Barbara, CA 93108

YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
a. ☑ furnish information to aid in enforcement of a money judgment against you.
b. ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
c. ☑ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: March 11, 2008   Time: 10:00 am   Courtroom Number: 3rd Floor, Room 23
Address of court ☑ shown above ☐ is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 1/18/08                                                          _____
                                                                       JUDGE OR MAGISTRATE JUDGE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. ☑ Judgment creditor   ☐ Assignee of record   ☐ Plaintiff who has a right to attach order
applies for an order requiring (name):                                                    to appear and furnish information
to aid in enforcement of the money judgment or to answer concerning property or debt.

5. The person to be examined is
  a. ☐ the judgment debtor.
  b. ☑ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached. See Exhibit A attached hereto.

6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.

7. ☐ This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.

8. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/16/08

Alex Darcy                                                              ▶ _____
(TYPE OR PRINT NAME)                                                        (SIGNATURE OF DECLARANT)

CV-4P (12/03)
(AT-138, EJ-125 [Rev. July 1, 2000])

**APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment)

Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120<br>Page one

RECEIVED BUT NOT FILED

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR**  The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

1) WAGES AND OTHER MONEY WHICH DEBTOR MAY BE ENTITLED OR WHICH MAY HEREAFTER BE ACQUIRED BY OR BECOME DUE TO DEBTOR.

2) PROPERTY TRANSFERRED TO OR FROM DEBTOR, OR HELD ON BEHALF OF DEBTOR.

3) PROPERTY TRANSFERRED TO OR FROM THIRD PARTY ON BEHALF OF DEBTOR.

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

Alex Darcy (CSBA No. 189315)
Askounis & Borst, P.C.
Two Prudential Plaza
180 N. Stetson St., Suite 3400
Chicago, Illinois 60601
Tel: (312) 861-7100
Fax: (312) 861-0022
adarcy@askborst.com

Attorney for Plaintiff:
Sterling National Bank

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STERLING NATIONAL BANK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID L. SOLOMON, individually,<br><br>　　　　Defendant. | Case No. CV 06-3989 GPS(SSx)<br><br>DECLARATION OF ALEX DARCY SUPPORTING APPLICATION FOR ORDER FOR EXAMINATION OF THIRD PARTY |

DECLARATION OF ALEX DARCY

I, Alex Darcy, declare that:

1.　I have personal knowledge of the matters set forth herein and if called to testify would state as follows.

2.　I am over the age of eighteen.

3.　I am counsel for Sterling National Bank ("Sterling") in the above-captioned matter

4.　On May 25, 2007, Sterling obtained a money judgment against David L. Solomon ("Solomon"), individually, in the amount of $506,374.36.

5.　To date, $506,374.36 remains unsatisfied.

6.　According to WMD Capital Markets, LLC's website, Solomon is its President. See Exhibit 1 attached hereto.

DECLARATION OF ALEX DARCY

EXHIBIT
A

1    7.    Upon information and belief, WMD Capital Markets, LLC has possession or control of property which belongs to Solomon or owes a debt to Solomon in an amount exceeding two hundred fifty dollars ($250.00). This property/debt is as follows:

    a)    Wages and other money which Solomon may be entitled or which may hereafter be acquired by or become due to Solomon;

    b)    Property transferred to or from Solomon, or held on behalf of Solomon.

8.    The place of business of WMD Capital Markets, LLC is in Santa Barbara, Santa Barbara County, California, and the distance from its place of business to the place of examination is less than 150 miles.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

STERLING NATIONAL BANK,

Date: January 16, 2008    By: _____
                                              Alex Darcy

U:\BJohnson\Sterling\David Solomon\Pleadings\Declaration.Alex.1.11.08.wpd

**DECLARATION OF ALEX DARCY**



# WMD Capital Markets, LLC

home | perspective | insight | expertise | news | careers | contact

559 San Ysidro Road, Suite 1
Santa Barbara, CA 93108

Tel 805 969 6300
Fax 805 969 6977

info@wmdcapital.com
www.wmdcapital.com

William M. Daugherty
Chief Executive Officer
wmd@wmdcapital.com

Dennis E. Carlton, Esq.
Managing Director
& General Counsel
dcarlton@wmdcapital.com

Steven R. Gumins
Managing Director
sgumins@wmdcapital.com

David L. Solomon
President
dsolomon@wmdcapital.com

Heidi L. Lake
Vice President
hlake@wmdcapital.com

Kevin W. Schoening
Senior Vice President
kschoening@wmdcapital.com

Jennifer Kinsella
Vice President
jkinsella@wmdcapital.com

Christopher R. Hund
Associate Trader
chund@wmdcapital.com

Connor Humphreys
Associate
chumphreys@wmdcapital.com

Michael C. Thomas
Chief Financial Officer
mthomas@wmdcapital.com

Brooke E. Powell
Vice President
bpowell@wmdcapital.com

Marla J. Perez
Accounting Manager
mperez@wmdcapital.com



tabbies
EXHIBIT
1